KARL S. HALL
Reno City Attorney
MARK HUGHS
Deputy City Attorney
Nevada Bar #5375
BRIAN M. SOOUDI
Deputy City Attorney
Nevada Bar #9195
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: hughsm@reno.gov
      sooudib@reno.gov
*Attorneys for Michael Frady, Anthony Sotelo, Scott Johnson and Justin Schneider*

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         MAR - 3 2020

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| LYNETTE FORD and J.F., a minor, through his parents and guardians, MR. and MRS. FORD,<br><br>Plaintiff,<br><br>vs.<br><br>RPD OFFICER MICHAEL FRADY; RPD OFFICER ANTHONY SOTELO; RPD OFFICER SCOTT JOHNSON; and, RPD OFFICER JUSTIN SCHNEIDER.<br><br>Defendants. | Case No.: 3:20-cv-00075-MMD-CLB<br><br>ORDER<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(First Request) |

Defendants MICHAEL FRADY, ANTHONY SOTELO, SCOTT JOHNSON and JUSTIN SCHNEIDER, by and through their attorneys, Reno City Attorney Karl Hall, Deputy City Attorney, Mark A. Hughs and Deputy City Attorney Brian M. Sooudi, Plaintiffs, by and through their attorney, Terri Keyser-Cooper, stipulate that the Defendants shall have

1  through March 20, 2020 to file their responses under Fed. R. Civ. P. 12 to Plaintiff's
2  Complaint (ECF #1). This is the first request for an extension to respond to the Complaint.
3  This stipulation is made to address conflicts in Counsel's calendars.

DATED this 2nd day of March, 2020

By: /s/ Terri Keyser-Cooper
Terri Keyser-Cooper, Esq.
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523
*Attorney for Plaintiffs*

DATED this 2nd day of March, 2020

KARL HALL
Reno City Attorney

By: /s/ Mark A. Hughs
MARK A. HUGHS
Deputy City Attorney
Nevada Bar #5375
BRIAN M. SOOUDI
Deputy City Attorney
Nevada Bar #9195
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Michael Frady,
Anthony Sotelo, Scott Johnson and
Justin Schneider*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 3/3/2020