1  KARL S. HALL
   Reno City Attorney
2  MARK HUGHS
   Deputy City Attorney
3  Nevada Bar #5375
4  BRIAN M. SOOUDI
   Deputy City Attorney
5  Nevada Bar #9195
6  Post Office Box 1900
   Reno, NV 89505
7  (775) 334-2050
   Email: hughsm@reno.gov
8         sooudib@reno.gov
9  *Attorneys for Michael Frady, Anthony Sotelo,
   Scott Johnson and Justin Schneider*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\*\*\*

| | |
|---|---|
| LYNETTE FORD and J.F., a minor, through his parents and guardians, MR. and MRS. FORD,<br><br>Plaintiff,<br>vs.<br><br>RPD OFFICER MICHAEL FRADY; RPD OFFICER ANTHONY SOTELO; RPD OFFICER SCOTT JOHNSON; and, RPD OFFICER JUSTIN SCHNEIDER.<br><br>Defendants. | Case No.: 3:20-cv-00075-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendants MICHAEL FRADY, ANTHONY SOTELO, SCOTT JOHNSON and JUSTIN SCHNEIDER, by and through their attorneys, Reno City Attorney KARL HALL, Deputy City Attorney, MARK A. HUGHS and Deputy City Attorney BRIAN M. SOOUDI, Plaintiffs, by and through their attorney, Terri Keyser-Cooper, stipulate that the Defendants

shall have through April 6, 2020 to file their responses under Fed. R. Civ. P. 12 to Plaintiffs' Motion for Summary Judgment (ECF #7, hereafter "MSJ").  The parties have so stipulated, as the MSJ was filed before the Defendants made their appearance in the case, and the parties subsequently agreed the date of service will be calculated from March 16, 2020.  This is the first request for an extension to respond to Plaintiff's Motion for Summary Judgment.

DATED this 11th day of March, 2020     DATED this 11th day of March, 2020

By: /s/ Terri Keyser-Cooper
Terri Keyser-Cooper, Esq.
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523
*Attorney for Plaintiffs*

KARL HALL
Reno City Attorney

By: /s/ Mark A. Hughs
 MARK A. HUGHS
 Deputy City Attorney
 Nevada Bar #5375
 BRIAN M. SOOUDI
 Deputy City Attorney
 Nevada Bar #9195
 Post Office Box 1900
 Reno, Nevada  89505
 (775) 334-2050
 *Attorneys for Michael Frady,
 Anthony Sotelo, Scott Johnson and
 Justin Schneider*

IT IS SO ORDERED.

Dated this  25th  day of March, 2020

_____
UNITED STATES DISTRICT JUDGE