TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
NV Bar #3984
1130 Wakefield Trail
Reno, NV 89523
Tele (775) 337-0323
keysercooper@lawyer.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LYNETTE FORD and J.F., a minor, through his parents and guardians, MR. and MRS. FORD,

v.

RPD OFFICER MICHAEL FRADY; RPD OFFICER ANTHONY SOTELO; RPD OFFICER SCOTT JOHNSON; and, RPD OFFICER JUSTIN SCHNEIDER.

Defendants.
_____/

Case No.: 3:20-CV-00075-MMD-CLB

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO REPLY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs LYNETTE FORD and J.F., a minor, and his guardians MR. and MRS. FORD, and Defendants Reno Police Officers MICHAEL FRADY, ANTHONY SOTELO, SCOTT JOHN stipulate that Plaintiffs shall have through April 30, 2020 to file their Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment (ECF No. 24). The Reply is due April 20, 2020. This extension will give Plaintiffs a ten day extension of time and is necessary.

1

This is the Plaintiffs' first request to extend said deadline. Plaintiffs submit that the instant request is not for the purpose of undue delay.

DATED this 7th day of April, 2020

By: /s/ Terri Keyser-Cooper
Terri Keyser-Cooper
Law Office of Terri Keyser-Cooper
1130 Wakefield Trail
Reno, NV 89523
*Attorney for Plaintiffs*

DATED this 7th day of April, 2020

KARL HALL
Reno City Attorney

By: /s/ Mark S. Hughs
Mark A. Hughs
Deputy City Attorney
Brian M. Sooudi
Deputy City Attorney
*Attorneys for Defendants*

IT IS SO ORDERED:

Dated this __8th__ day of April, 2020

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Terri Keyser-Cooper, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 3590 Barrymore Dr., Reno NV 89512

On this date, I served a copy of the following documents on the parties in this action as follows:

STIPULATION

[ ]   BY UNITED STATES MAIL.  By placing a true copy of the above-referenced document(s) in the United States Mail in a sealed envelope with postage prepaid to the addressee(s) listed below.

[ ]   BY FACSIMILE TRANSMISSION.  By transmitting a true copy of the document(s) by facsimile transmission

[ ]   BY HAND-DELIVERY.  By delivering a true copy enclosed in a sealed envelope to the address(es) shown below.

[ X]   BY ELECTRONIC SERVICE.  By electronically mailing a true copy of the document(s) to defendants at the following email addresses via the Court's electronic filing procedure:

KARL HALL
RENO CITY ATTORNEY
Mark Hughs
Brian Sooudi
Reno City Attorney's Office
1 E. First St. 3rd Floor
Reno, NV 89501
P.O. Box 1900
Reno, NV 89505

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 7, 2020          /s/ Terri Keyser-Cooper
                              TERRI KEYSER-COOPER

3