KARL HALL
Reno City Attorney
MARK HUGHS
Nevada State Bar #5375
BRIAN SOOUDI
Deputy City Attorney
Nevada State Bar #9195
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: hughsm@reno.gov
         sooudib@reno.gov

*Attorneys for Officers Michael Frady,
Anthony Sotelo, Scott Johnson and
Justin Schneider*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LYNETTE FORD and J.F., a minor, through his, parents and guardians, Mr. and MRS. FORD,<br><br>Plaintiffs,<br>vs.<br><br>RPD OFFICER MICHAEL FRADY; RPD OFFICER ANTHONY SOTELO; RPD OFFICER SCOTT JOHNSON; and, RPD OFFICER JUSTIN SCHNEIDER<br><br>Defendants.        / | Case No.: 3:20-CV-00075-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, LYNETTE FORD and J.F., a minor, through his, parents and guardians, Mr. and MRS. FORD, by and through their Attorney, Terri Keyser-Cooper, of the Law Office of Terri Keyser-Cooper, and Defendants MICHAEL FRADY, ANTHONY SOTELO, SCOTT JOHNSON and JUSTIN SCHNEIDER, by and through their Attorneys Karl S. Hall, Reno City Attorney, Mark Hughs, Deputy Reno City Attorney and, Brian Sooudi, Deputy City Attorney, hereby stipulate to the dismissal of all claims of all Plaintiffs in this action, with prejudice.

Each party shall bear its own attorney's fees and costs.

DATED: ~~June~~ July 2, 2020.

By: /s/ Terri Keyser-Cooper
Terri Keyser-Cooper
Law Office of Terri Keyser-Cooper

*Attorney for Plaintiffs LYNETTE FORD and J.F., a minor, through his, parents and guardians, Mr. and MRS. FORD*

DATED: ~~June~~ July 2, 2020.

By: /s/ Karl S. Hall
KARL S. HALL
City Attorney
MARK HUGHS
Deputy City Attorney
BRIAN SOOUDI
Deputy City Attorney

*Attorneys for Officers Michael Frady, Anthony Sotelo, Scott Johnson and Justin Schneider*

**IT IS SO ORDERED.**

Dated this __6th__ day of ~~June~~ July 2020.

_____
**U.S. District Court Judge**